## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LUIS ANTONIO RODAS LOPEZ,

      Petitioner,

v.                                       No. CV 12-0726 LH/WDS

RAY TERRY, WARDEN,

      Respondent.

### ORDER TO SHOW CAUSE

      This matter is before the Court *sua sponte*.  The record reflects that a recent mailing to Petitioner was returned undelivered, with a notation possibly indicating that Petitioner has been deported.  It appears that Petitioner has been released from custody or transferred without advising the Court of his new address, as required by D.N.M.LR-Civ 83.6, thus severing contact with the Court.  Petitioner's failure to comply with the Court's local rules demonstrates a manifest lack of interest in litigating his claims.  *See Martinez v. Internal Revenue Service*, 744 F.2d 71, 73 (10th Cir. 1984); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962); *Oklahoma Publishing Co. v. Powell*, No. 78-1856, 1980 WL 6687, at *2 (10th Cir. Mar. 7, 1980).  Petitioner will be required to show cause why this case should not be dismissed.  Failure to respond may result in dismissal without further notice.

      IT IS THEREFORE ORDERED that, within fourteen (14) days from entry of this order, Petitioner file a response showing cause why his petition should not be dismissed; and the Clerk is directed to mail a copy of this order to Petitioner at 11,867 S. Evelyn Cir., Houston, TX 77071.

 

_____
UNITED STATES MAGISTRATE JUDGE