IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUIS ANTONIO RODAS LOPEZ,

    Applicant,

v.                                           No. CIV 12-726 LH/WPL

RAY TERRY,

    Respondent.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed March 18, 2013. (Doc. 10) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) the Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus (Doc. 1) is denied;

3) this cause is dismissed with prejudice; and

4) a certificate of appealability is denied.

                                                                _____
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**